ferred to the Disciplinary Board pursuant to Rule 214(f)(1), Pa.R.D.E.

In the Matter of Samuel A. MALAT.

No. 851 DISC 3, C1–03–1035, 56078.

Supreme Court of Pennsylvania.

March 8, 2004.

*ORDER*

PER CURIAM.

AND NOW, this 8th day of March, 2004, Samuel A. Malat having been suspended from the practice of law in the State of New Jersey for a period of three months by Order of the Supreme Court of New Jersey dated September 4, 2003; the said Samuel A. Malat having been directed on December 10, 2003, to inform this Court of any claim he has that the imposition of the identical or comparable discipline in this Commonwealth would be unwarranted and the reasons therefor; and no response having been filed, it is

ORDERED that Samuel A. Malat is suspended from the practice of law in this Commonwealth for a period of three months, to run consecutive to the suspension imposed by this Court on November 24, 2003, at Board File No. C1–03–342, and he shall comply with all the provisions of Rule 217, Pa.R.D.E.

OFFICE OF DISCIPLINARY COUNSEL, Petitioner

v.

Steven W. ALM, Respondent.

No. 903 Disciplinary Docket No. 3.

Supreme Court of Pennsylvania.

March 15, 2004.

*ORDER*

PER CURIAM:

AND NOW, this 15th day of March, 2004, there having been filed with this Court by Steven W. Alm his verified Statement of Resignation dated January 28, 2004, stating that he desires to resign from the Bar of the Commonwealth of Pennsylvania in accordance with the provisions of Rule 215, Pa.R.D.E., it is

ORDERED that the resignation of Steven W. Alm be and it is hereby accepted and he is DISBARRED ON CONSENT from the Bar of the Commonwealth of Pennsylvania; and it is further ORDERED that he shall comply with the provisions of Rule 217, Pa.R.D.E. Respondent shall pay costs, if any, to the Disciplinary Board pursuant to Rule 208(g), Pa.R.D.E.